JAMES E. SMYTH, II
Nevada Bar No. 6506
KAEMPFER CROWELL
8345 West Sunset Road, Suite 250
Las Vegas, Nevada 89113
Telephone:    (702) 792-7000
Fax:    (702) 796-7181
jsmyth@kcnvlaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JANINE VIRGA,<br><br>Plaintiff,<br><br>vs.<br><br>CFI SALES & MARKETING, LTD, d/b/a and a/k/a WESTGATE RESORTS; CFI SALES & MARKETING, INC., d/b/a and a/k/a WESTGATE RESORTS; CFI RESORTS MANAGEMENT, INC.; CFI SALES & MARKETING, LLC; WESTGATE RESORTS, LTD; WESTGATE RESORTS, INC., WESTGATE MARKETING, LLC; DOES 1 through 10 and ROE Corporations 11 through 20, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-00207-APG-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendants, CFI SALES & MARKETING, LTD., CFI SALES & MARKETING, INC., CFI RESORTS MANAGEMENT, INC., CFI SALES & MARKETING, LLC, WESTGATE RESORTS, LTD, WESTGATE RESORTS, INC. and WESTGATE MARKETING, LLC, (collectively "Defendants"), by and through their attorneys of record, James E. Smyth, II, Esq. of the law firm KAEMPFER CROWELL, and Plaintiff JANINE VIRGA ("VIRGA"), by and through her counsel of record, Christian Gabroy, Esq. of the law firm GABROY LAW OFFICES, hereby respectfully submit this Stipulation and Order Extending Time For Defendants

to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation").  This Stipulation is made in accordance with LR 6-1, LR 6-2, and LR 7-1 of the Local Rules of this Court.  This is the first request for an extension of time to file an answer or otherwise respond to VIRGA's Complaint ("Complaint").  Counsel for Defendants has a significant current case load and requires additional time to review the underlying allegations and pleadings and to then prepare an appropriate response.

The parties respectfully request that this Court grant an extension of time for Defendants to file their Answer or otherwise respond to VIRGA's Complaint for an additional fourteen (14) days, up to and including March 2, 2015.  By entering into this Stipulation, none of the parties waive any rights they have under statute, law or rule with respect to VIRGA's Complaint.

DATED this 19th day of February, 2015.

KAEMPFER CROWELL

By:  /s/James E. Smyth II
     James E Smyth II
     Nevada Bar No. 6506
     8345 West Sunset Road, Suite 250
     Las Vegas, Nevada 89113
     **Attorneys for Defendants**

DATED this 19th day of February, 2015.

GABROY LAW OFFICES

By:  /s/Christian Gabroy
     Christian Gabroy, Esq.
     Nevada Bar No. 8805
     The District at Green Valley Ranch
     170 South Green Valley Parkway, Suite 280
     Henderson, NV 89012
     **Attorneys For Plaintiff**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this  3rd  day of  March , 2015.