JAMES E. SMYTH, II
Nevada Bar No. 6506
KAEMPFER CROWELL
1980 Festival Plaza Drive, Ste. 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:             (702) 796-7181
jsmyth@kcnvlaw.com

RICHARD W. EPSTEIN
MYRNA L. MAYSONET
(*Admitted Pro Hac Vice*)
GREENSPOON MARDER, P.A.
201 East Pine St., Suite 500
Orlando, Florida  32801
Telephone: (407) 425-6559
Facsimile: (407) 422-6583
richard.epstein@gmlaw.com
myrna.maysonet@gmlaw.com
***Attorneys for Defendants***

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| JANINE VIRGA,<br><br>                    Plaintiff,<br><br>vs.<br><br>CFI SALES & MARKETING, LTD, d/b/a and a/k/a WESTGATE RESORTS; CFI SALES & MARKETING, INC., d/b/a and a/k/a WESTGATE RESORTS; CFI RESORTS MANAGEMENT, INC./ CFI SALES & MARKETING, LLC; WESTGATE RESORTS, LTD; WESTGATE RESORTS, INC., WESTGATE MARKETING, LLC; DOES I through 10 and ROE Corporations 11 through 20, inclusive,<br><br>                    Defendants. | **Case No.: 2:15-cv-00207-APG-PAL**<br><br><br>**JOINT VOLUNTARY DISMISSAL<br>WITH PREJUDICE** |

Defendants, CFI SALES & MARKETING, LTD., CFI SALES & MARKETING, INC.,

CFI RESORTS MANAGEMENT, INC., CFI SALES & MARKETING, LLC, WESTGATE

*Joint Voluntary Dismissal with Prejudice*
Case No.: 2:15-cv-00207-APG-PAL

RESORTS, LTD, WESTGATE RESORTS, INC. and WESTGATE MARKETING, LLC, (collectively "Defendants"), and JANINE VIRGA ("Plaintiff"), through undersigned counsel, hereby voluntarily dismiss all of their claims in the instant account with prejudice, with each party bearing responsibility for their own fees and costs. The Court may retain jurisdiction to enforce the settlement, if necessary.

Dated: July 15, 2015.

CHRISTIAN GABROY, ESQ.
Attorneys for Plaintiff
The District at Green Valley Ranch
170 South Green Valley Parkway, Ste. 280
Las Vegas, Nevada 89012
(702) 259-7777
Christian@Gabroy.com

GREENSPOON MARDER, P.A.
Attorneys for Defendants
201 East Pine Street
Suite 500
Orlando, Florida 32801
(407) 425-6559
myrna.maysonet@gmlaw.com

By:  __CHRISTIAN GABROY__
     CHRISTIAN GABROY
     NV Bar No. 8805

By:  __MYRNA L. MAYSONET__
     MYRNA L. MAYSONET
     Florida Bar No. 429650

IT IS SO ORDERED.

Dated: July 15, 2015

_____
United States District Judge